AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---- DEFENDANT - U.S. ----

▶ MJUAN SARZA-GOMEZ

**DISTRICT COURT NUMBER**

CR08-0173

*FILED MAR 19 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND   DLJ*

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ 2/29/2008

**Name and Office of Person Furnishing Information on THIS FORM**   JOSEPH P. RUSSONIELLO
☒ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   DANIEL R. KALEBA, AUSA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court E-filing

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

JUAN SARZA-GOMEZ,

**CR08-0173 DLJ**

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

---

A true bill.

_____
Foreman

Filed in open court this __19__ day of
MARCH 2008

_____
Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil  3/19/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0173 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| Plaintiff, ) | |
| ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| ) | |
| JUAN SARZA-GOMEZ ) | OAKLAND VENUE |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

1. Prior to May 24, 2004, the defendant, JUAN SARZA-GOMEZ, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about May 24, 2004, the defendant, JUAN SARZA-GOMEZ, was removed, excluded, and deported from the United States.

3. After May 24, 2004, the defendant, JUAN SARZA-GOMEZ, knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

4. On or about September 29, 2007, in the Northern District of California, the defendant, JUAN SARZA-GOMEZ, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:     March 19, 2008

A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]*  )
AUSA DANIEL R. KALEBA

INDICTMENT                                    2