| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 10 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | REPORTER/FTR FTR: 3/20/08  10:15:31-10:25:42 | | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 3/20/08 | | NEW CASE ☐ | CASE NUMBER CR-08-00173-DLJ | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT JUAN SARZA-GOMEZ | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | | PD. ☒ RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Daniel Kaleba | | INTERPRETER Angela Zawadski (Spanish Int.) | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 5 Mins HELD | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 5 Mins HELD | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

**FILED**

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS 3/20/08 | ☒ ADVISED OF CHARGES 3/20/08 | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | MAR 2 0 2008 |

RICHARD W. WIEKING

| ARRAIGNMENT | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND |

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH    $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | |
|---|---|---|---|---|---|---|
| TO: 3/25/08 | ☒ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. WAYNE D. BRAZIL | ☒ STATUS RE: DETENTION HEARING | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 3/25/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

ADDITIONAL PROCEEDINGS

Financial affidavit form given to the deft. by the Clerk. Govt's atty. provided the Court with a copy of the detainer that was lodged on the deft. by ICE (Immigration and Customs Enforcement). Request for discovery was made by the deft's atty. to the govt's atty. Discovery was provided to the deft's atty. by the govt's atty. in open court.

cc: WDB's Stats, Pretrial                           DOCUMENT NUMBER:

Department of Homeland Security

Immigration and Customs Enforcement **RECEIVED** Immigration Detainer - Notice of Action

MAR 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| File No. |
| --- |
| A 77 159 780 |
| Date: March 20. 2008 |

To: (Name and title, institution)
CUSTODIAN OF RECORDS. HOLDS/WARRANTS/DETAINERS
U.S. MARSHAL SERVICE. STATE PRISONS. CITY/COUNTY JAIL.
CALIFORNIA DEPARTMENT OF CORRECTIONS OR ANY OTHER
SUBSEQUENT LAW ENFORCEMENT AGENCY

From: (address)
U.S. Department of Homeland Security
Immigration and Customs Enforcement
630 Sansome Street, 5th Floor
San Francisco, CA 94111

Name of alien:    SARZA-Gomez, Juan
              FBI # 472756HB7

Date of birth:    12/16/1979          Nationality:    Mexico          Sex:    Male

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____ .
      (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ .
                                                          (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling
415     844-5512    during business hours or     415     844-5549    after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.    ☒ A self-addressed stamped envelope is enclosed for your convenience.    ☒ Please return a signed copy via facsimile to     415          844-5562          .
                                                                                          (Area code and facsimile number)

Return fax to the attention of _____Polly Kaiser_____ at    415     844-5536     .
                              (Name of INS officer handling case)          (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____ .

_Polly Kaiser_ #3149 _____          _____
(Signature of INS official)                                Deportation Officer
                                                        (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: _____     Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N