## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
### JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                              **No.** CR-08-00173-DLJ

**Defendant:** Juan Sarza-Gomez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** Angela Zawadzki-spanish interpreter

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to     5/23/08 AT 9:00AM     for  Status or CHANGE OF PLEA**

**Case Continued to:           for**
**Case Continued to:           for**
**Motions to be filed by:          Opposition Due:**

**Case Continued to                          for Pretrial Conference**

**Case Continued to           for                Trial**

**Excludable Delay: Category: Begins:  4/11/08          Ends: 5/23/08**