1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant SARZA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00173 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING CHANGE OF PLEA |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| JUAN SARZA-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, May 23, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, June 6, 2008, at 9:00 a.m. for change of plea and sentencing. The parties have reached an agreement, however defense counsel needs additional time to meet with Mr. Sarza-Gomez, with the assistance of an interpreter, and review the plea agreement. Should the Court continue the matter to June 6, 2008, it will provide enough time for counsel to meet with her client and review the agreement. The parties stipulate that the time from May 23, 2008, to June 6, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

*U S v. Juan Sarza-Gomez*, CR 08-0173 DLJ
Stip. Continuing Change of Plea Date                - 1 -

1  3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

3  DATED: May 22, 2008                    /S/
4                                         _____
                                          JOYCE LEAVITT
                                          Assistant Federal Public Defender

7  DATED: May 22, 2008                    /S/
                                          _____
8                                         DANIEL KALEBA
                                          Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature "/S/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, May 23, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, June 6, 2008, at 9:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from May 23, 2008 to June 6, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

1 | SO ORDERED.

3 | DATED:     May 22, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge