9AM   VL
INT.   E-FILING CASE

9:34am - 9:35am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 6/6/08

**FILED**
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR-08-00173-DLJ     Judge: D. Lowell Jensen
Reporter: DIANE SKILLMAN     Clerk: Frances Stone

Defendant(s):                          Defense Counsel:
JUAN SAZA-GOMEZ   Present? Y   In Custody? Y   JOYCE LEAVITT
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____

US Attorney:         Interpreter: SPANISH     US Probation Officer:
DOUG SPRAGUE         ANGELA ZAWADZKI
(FOR KALEBA)

Reason for Hearing:                    Ruling:
~~STAT/OR~~ CHANGE OF PLEA             - HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED.

Notes: _____

Case continued to: 8/22/08 AT 10AM" for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial
Excludable Delay: Category: _____ Begins: _____ Ends: _____

CC: PROBATION