UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Number | **CR-08-00173-01-DLJ** |
| Defendant's Name | **JUAN SARZA-GOMEZ** |
| Defendant's Counsel | Joyce Leavitt |
| Due Date | 8/22/08 AT 10AM |

__1__ Courtroom          Floor __4th__

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

| | |
|---|---|
| __XX__ | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: 6/6/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____