JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSHUA HILL (CASBN 250842)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Phone: 510/637-3740
   Fax: 510/637-3724
   E-mail: joshua.hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>                 ) <br>   v.               ) <br>                 ) <br> JUAN SARZA-GOMEZ, ) <br>                 ) <br>       Defendant. ) | No.  CR 08-0173 DLJ <br><br> NOTICE OF SUBSTITUTION OF ATTORNEY |

    Please take notice that as of June 25, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

JOSHUA HILL<br>
Assistant United States Attorney<br>
1301 Clay Street; Suite 340S<br>
Oakland, California 94612<br>
Phone: 510/637-3740<br>
Fax: 510/637-3724<br>
E-mail: joshua.hill2@usdoj.gov

    The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

////

SUBSTITUTION OF ATTORNEY

1  AUSA Joshua Hill at the above mailing address, telephone number, facsimile number and
2  e-mail address.
3
4
   DATED: June 25, 2008                    Respectfully submitted,
5
                                           JOSEPH P. RUSSONIELLO
6                                          United States Attorney
7
8                                          _____/s/_____
                                           JOSHUA HILL
9                                          Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY