UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) ) ) ) | CASE NO. CR-08-00173-DLJ |
| Plaintiff(s), | ) ) | |
| -V- | ) ) | NOTICE |
| | ) ) | |
| Juan Sarza-Gomez | ) ) | |
| Defendant(s), | ) ) ) | |

_____

TO:

**Joshua Hill, Jr.**

U.S. Attorney's Office

1301 Clay Street ,Suite 340S

Oakland, CA 94612-5217


**Joyce Leavitt**

Federal Public Defender's Office

555 12 th Street ,Suite 650

Oakland, CA 94607-3627


**Connie Cook**

US  Probation Office/Oakland Office

1301 Clay Street, Ste. 220

Oakland, CA 94612

YOU ARE HEREBY NOTIFIED THAT the Sentencing Hearing in the above entitled case was previously set for Friday, August 22, 2008 at 10:00AM before Judge D. Lowell Jensen. That date is now an UNAVAILABLE date for the Court.

The 8/22/08 date is VACATED.  The Sentencing Hearing for Defendant Juan Sarza-Gomez is now set for **Friday,  August 29, 2008 at 10:00AM before Judge D. Lowell Jensen**, in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: July 29, 2008

By: *Frances Stone*
  Frances Stone
  Clerk to  Hon. D. Lowell Jensen