UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

10AM
YL
E-FILING CASE
INT.

10:00 AM - 10:30 AM

FILED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/29/08

Case No: CR-08-00173-DLJ        Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO         Clerk: Frances Stone

Defendant(s):                                                Defense Counsel:
JUAN SARZA-GOMEZ  Present? Y   In Custody? Y   JOYCE LEAVITT

US Attorney: JOSHUA HILL    Interpreter: SPANISH CAROLE GLASSER    US Probation Officer: CONNIE COOK

Reason for Hearing: SENTENCING

Ruling: -HELD

COUNT 1: DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 51 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes: